David James Hanger
Darla Hanger
5610 S 206th Dr.
Buckeye, AZ 85326

Debtor in Pro Se

FILED
2010 AUG 18 PM 1:57
CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:

DAVID JAMES HANGER /

DARLA HANDER

**Debtor**

Case No.: 2:10-bk-21331-RJH

Chapter 7

RESPONSE TO MOVANT'S GMAC MORTGAGE MOTION FOR RELIEF FROM THE AUTOMATIC STAY

related to doc# 27

Movant's, GMAC Mortgage LLC, (hereinafter collectively referred as "GMAC"), motion for relief from the automatic stay should be denied for the reasons set forth:

1. Movant's, Pite Duncan <u>fails to establish</u> that presumed creditor, GMAC, is party of interest being able to ask for relief under 11 U.S.C 362. <u>Debtor alleges that, GMAC, has zero standing to enforce foreclosure in any shape or form and is committing fraud upon the court bringing forward a proof of claim, and/or motion to lift automatic stay.</u>

2. Debtors, David and Darla Hanger, intend to bring forward all judicial remedies available to them to expose the clear and evident assignment fraud being committed by, GMAC, and for which the Debtors will petition the Court to sanction movant, GMAC.

3. <u>Movant, US Bank, fails to provide Assignment from the current trustee, Executive Trustee Services, as evidenced via the official and recorded Notice of Trustee Sale, transferring ownership from Mortgage Electronic Registration Systems, Inc, as current beneficiary, to the</u>

alleged movant/creditor GMAC. Debtors, therefore moves to attest that proper documents are <u>not in evidence</u>, giving Movant, GMAC, inadequate reason(s) to lift stay.

4. Debtors allege fraud by movant's, Pite Duncan, LLP, by acting as co-conspirators to commit fraud upon the Court and the people of Arizona. <u>Debtors will bring forward their allegation via an adversarial complaint with the court alleging misrepresentation and fraud.</u>

5. In addition to allegation of misrepresentation, fraud and lack of standing on part of movant, GMAC, Debtors pursuant to Bankruptcy Code §522 section (a) (2) and (b) (1), reserve their rights under homestead exemption in the "Property" on 6353 W Pugent Ave, Glandale, AZ 85302, for which movant seeks relief., and pursuant to Section 541 of the Bankruptcy Code, providing that all of debtor's legal and equitable interest become assets of the bankruptcy estate, Debtors, David and Darla Hanger, assert all rights following commencement of a voluntary bankruptcy case under 11 U.S.C. 3 § 301 seeking relief under such chapter.

Having presented arguments opposing Motion to lift stay, Debtor, prays for entry of order pursuant to Title 11 U.S.C. Section 362(a) and Bankruptcy Rule 4001 granting continuation of Bankruptcy Stay, or other legal remedies available by the Court, for temporary injunctive relief or restraining order.

Respectfully submitted on this 18th day of August, 2010

*[signature]*

David James Hanger / Darla Hanger