# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | DAVID JAMES & DARLA NMN HANGER |
| **Case Number:** | 2:10-BK-21331-RJH  **Chapter:** 7 |
| **Date / Time / Room:** | WEDNESDAY, SEPTEMBER 08, 2010 10:00 AM  6TH FLOOR #603 |
| **Bankruptcy Judge:** | RANDOLPH J. HAINES |
| **Courtroom Clerk:** | JANET SMITH |
| **Reporter / ECR:** | SHERI FLETCHER |

## Matter:

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY BANK OF NEW YORK

**R / M #:** 14 / 0

## Appearances:

KEVIN NELSON, ATTORNEY FOR MOVANT
DAVID & DARLA HANGER, DEBTORS

## Proceedings:

Mr. Nelson stated the only issue is the right to possession as the trustees sale was concluded prior to the Bankruptcy filing.

Mrs. Hanger argued the sale was not proper and she opposed stay relief.

COURT: IT IS ORDERED GRANTING RELIEF FROM THE AUTOMATIC STAY. THE DEBTORS MAY PRESENT THEIR ARGUMENTS TO THE STATE COURT.